UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW HAMPSHIRE

United States of America

    v.                                      Case No. 11-cr-156-PB

Alyssa Phillips, et al.

O R D E R

    Defendant Alyssa Phillips has moved through counsel to continue the February 7, 2012 trial in the above case, citing the need for additional time to complete discovery and prepare a defense. The government and co-defendant Joshua Hensley do not object to a continuance of the trial date.

    Accordingly, in order to allow the parties additional time to properly prepare for trial, the court will continue the trial from February 7, 2012 to April 3, 2012. In agreeing to continue the trial, the court finds pursuant to 18 U.S.C.A. § 3161(h)(7)(A) that for the above-stated reasons, the ends of justice served in granting a continuance outweigh the best interests of the public and the defendants in a speedy trial.

The January 24, 2012 final pretrial conference is continued to March 26, 2012 at 2:00 p.m.

SO ORDERED.

/s/Paul Barbadoro
Paul Barbadoro
United States District Judge

January 18, 2012

cc:  Robert S. Carey, Esq.
     Matthew Lahey, Esq.
     Harry Batchelder, Esq.
     Jennifer Davis, AUSA
     United States Marshal
     United States Probation