UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW HAMPSHIRE


<u>United States of America</u>

    v.                                                Case No. 11-cr-156-PB

**<u>Alyssa Phillips, et al.</u>**


<u>O R D E R</u>

     Defendant Alyssa Phillips has moved through counsel to continue the June 5, 2012 trial in the above case, citing the need for additional time to finalize plea negotiations.  The government and co-defendant do not object to a continuance of the trial date.

     Accordingly, in order to allow the parties additional time to properly prepare for trial, the court will continue the trial from June 5, 2012 to July 10, 2012. In agreeing to continue the trial, the court finds pursuant to 18 U.S.C.A. § 3161(h)(7)(A) that for the above-stated reasons, the ends of justice served in granting a continuance outweigh the best interests of the public and the defendants in a speedy trial.

The May 22, 2012 final pretrial conference is continued to June 18, 2012 at 2:00 p.m.  No further continuances.

SO ORDERED.

/s/Paul Barbadoro
Paul Barbadoro
United States District Judge

May 16, 2012

cc:   Robert S. Carey, Esq.
      Matthew Lahey, Esq.
      Jennifer Davis, AUSA
      United States Marshal
      United States Probation